IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 02-00079-CB |
| | ) | CIVIL NO.   16-00158-CB |
| CECIL SHAVERS, | ) | |
| | ) | |
| Defendant/Petitioner | ) | |

### ORDER

Petitioner Cecil Shavers has filed a pro se motion to vacate set aside, or correct sentence pursuant to 28 U.S.C. § 2255 as well as a request for appointment of counsel. (Doc. 113.)  Petitioner's motion for relief is based on the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2251 (2015).  The motion for appointment of counsel is hereby **GRANTED**.  In accordance with the General Order entered by Chief Judge Steele in *In re:  Johnson Cases*, Misc. No. 16-00004-WS, the Federal Public Defender's Office, which previously represented Petitioner, is hereby **APPOINTED** to represent Petitioner in this § 2255 proceeding.

The Federal Public Defender may file a supplemental brief on Petitioner's behalf on or before **May 4, 2016**.  The United States shall file a response on or before **May 25, 2016**.

**DONE** and **ORDERED** this the 20th day of April, 2016.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**