# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHRN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.                        ) | CRIMINAL NO. 02-00079-CB |
|                           ) | CIVIL NO.  16-00158-CB |
| CECIL SHAVERS,            ) | |
|     Petitioner/Defendant  ) | |

## FINAL JUDGMENT

Pursuant to separate order entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Petitioner's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 be and hereby is **DISMISSED** with prejudice.

**DONE** this the 11th day of July, 2016.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**